IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| ARLENE R. ATHERTON,<br><br>                Plaintiff,<br><br>v.<br><br>SALT LAKE CITY, et al.,<br><br>                Defendants. | **ORDER ADOPTING REPORT AND RECOMMENDATION**<br><br>Case No. 2:19-cv-00429<br><br>District Judge Dee Benson |

      Before the court is the Report and Recommendation issued by Magistrate Judge Paul M. Warner on May 7, 2020, recommending that the court dismiss this action for Plaintiff's failure to comply with the court's order to file an amended complaint. (Dkt. No. 8).  As of the date of this Order, Plaintiff has not filed any objection to the Report and Recommendation.

      De novo review of all materials, including the record that was before the magistrate judge and the reasoning set forth in the Report and Recommendation has been completed.  The analysis and conclusion of Magistrate Judge Warner are correct, and the Report and Recommendation will be adopted.

      Accordingly, it is hereby ORDERED that the Report and Recommendation (Dkt. No. 8) is ADOPTED. This case is hereby DISMISSED under the authority of the IFP Statute. *See* 28 U.S.C. § 1915(e)(2)(B)(ii).

      IT IS SO ORDERED.

DATED this 18th day of June, 2020.

BY THE COURT:

_____
DEE BENSON
United States District Judge